UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KINLEY MACDONALD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 23-10020-IT |
| | * | |
| BRIGHTON POLICE CHIEF, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

December 19, 2023

TALWANI, D.J.

On November 15, 2023, the court issued an Order [Doc. No. 34] ordering Plaintiff to resolve the filing fee by (1) pay the $402.00 filing fee; or (2) filing a renewed Application to Proceed in District Court without Prepayment of Fees or Costs accompanied by a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6−month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). The court stated that Plaintiff's failure to comply with the directive within twenty-one (21) days would result in dismissal of the action without prejudice.

The deadline for complying with the court's November 15, 2023 order has passed without any response from Plaintiff. Accordingly, this action is DISMISSED without prejudice for failure to comply with that order.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

December 19, 2023